Case: 10-80136-jdg  Doc#:2  Filed 03/25/10  Page 2 of 2

**CERTIFICATE OF SERVICE**

I, Kristine L. Martin, certify that I am, and at all times during the service of process  was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made March 25, 2010 by:

 Xxx    Mail service:  Regular, first class United States mail, postage fully pre-paid, address to:

Attorney Roger Cotner, 220 Franklin Ave., PO Box 838, Grand Haven, MI  49417
Mary K. Viegelahn, Trustee, 415 W. Michigan AVe., Kalamazoo, MI  49007
Katelyn M. Reid, 752 River St., Spring Lake, MI  49456
John S. Reid, 752 River St., Spring Lake, MI  49456

\_\_\_\_    Personal service:  By leaving the process with defendant or with an officer or agent of defendant at:


\_\_\_\_    Residence service:  By leaving the process with the following adults at:


\_\_\_\_    Publication:  The defendant was served as follows:  [describe briefly]


\_\_\_\_    State Law:  the defendant was served pursuant to the laws of the State of _____ as follows:  [describe briefly}


Under Penalty of Perjury, I declare that the foregoing is true and correct.

Dated:  March 25, 2010              Signature:  /s/ Kristine L. Martin
                                                                Kristine L. Martin


            Print Name: Kristine L. Martin
            Business Address: 900 Comerica Building
            City:    Kalamazoo State: Michigan  Zip:  49007