Case: 10-80136-jdg  Doc#:2  Filed 03/25/10  Page 2 of 2

**CERTIFICATE OF SERVICE**
(corrected)

I, <u>Kristine L. Martin</u>, certify that I am, and at all times during the service of process  was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made <u>March 25, 2010</u> by:

<u> Xxx </u>    Mail service:  Regular, first class United States mail, postage fully pre-paid, address to:

Attorney Roger Cotner, 220 Franklin Ave., PO Box 838, Grand Haven, MI  49417
*Lisa Gocha, Trustee, 675 E.16th Street, Ste. 255, Holland , MI  49423*
Katelyn M. Reid, 752 River St., Spring Lake, MI  49456
John S. Reid, 752 River St., Spring Lake, MI  49456

____    Personal service:  By leaving the process with defendant or with an officer or agent of defendant at:


____    Residence service:  By leaving the process with the following adults at:


____    Publication:  The defendant was served as follows:  [describe briefly]


____    State Law:  the defendant was served pursuant to the laws of the State of _____  as follows:  [describe briefly}


Under Penalty of Perjury, I declare that the foregoing is true and correct.

Dated:  <u>March 25, 2010</u>           Signature:  <u>/s/ Kristine L. Martin</u>
                                                                            Kristine L. Martin


                    Print Name: <u>Kristine L. Martin</u>
                    Business Address: <u>900 Comerica Building</u>
                    City:    <u>Kalamazoo</u>  State: <u>Michigan</u>  Zip:  <u>49007</u>