Form OSTRK1 (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**John S Reid and Katelyn M Reid**<br><br>                                        **Debtor**<br><br>**NuUnion Credit Union**<br>                                        **Plaintiff**<br><br>**John S Reid**<br>**Katelyn M Reid**<br><br>                                        **Defendant** | **Case Number 09–09697–jdg**<br><br>**Adv Case Number 10–80136–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |

## ORDER STRIKING PLEADING OR OTHER DOCUMENT

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(d), the following document(s) presented for filing is(are) deemed defective:

      Document Number(s): 3 And 4

      Description of Document: Summons Served Executed And Corrected Summons Served Executed

      Reason for Defect: Imroper Caption On These Documents

The document must be refiled with the Court to correct the defect within twenty–one (21) days of the date below. A defective pleading which is timely filed to correct the defect, shall be considered filed as of the date that the pleading was originally received by the Court.

Daniel M. LaVille
Clerk of Court

**Dated:** March 26, 2010