UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

JOHN S. REID AND KATELYN M. REID,   Case No. 09-09697

            Debtors.   Chapter 13
_____/

NUUNION CREDIT UNION,

            Plaintiff,   Adv. Pro. No. 10-80136

v.

JOHN S. REID AND KATELYN M. REID,

            Defendants.
_____/
Gordon C. Miller P28470
Lennon Miller O'connor & Bartosiewicz, PLC
Attorney for NuUnion Credit Union
900 Comerica Building
Kalamazoo, MI  49007
269-381-8844
_____/

**CERTIFICATE OF SERVICE**

I, Kristine L. Martin, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made March 25, 2010 by:

 Xxx    Mail service:  Regular, first class United States mail, postage fully pre-paid, address to:

        Attorney Roger Cotner, 220 Franklin Ave., PO Box 838, Grand Haven, MI  49417
        Lisa Gocha, Trustee, 675 E. 16th Street,, Ste 255, Holland, MI  49423
        Katelyn M. Reid, 752 River St., Spring Lake, MI  49456
        John S. Reid, 752 River St., Spring Lake, MI  49456

\_\_\_\_    Personal service:  By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_    Residence service:  By leaving the process with the following adults at:

\_\_\_\_    Publication:  The defendant was served as follows:  [describe briefly]

____    State Law:  the defendant was served pursuant to the laws of the State of _____ as follows:  [describe briefly}

Under Penalty of Perjury, I declare that the foregoing is true and correct.

Dated:  March 25, 2010               Signature:  /s/ Kristine L. Martin
                                                 Kristine L. Martin

           Print Name: Kristine L. Martin
           Business Address: 900 Comerica Building
           City:    Kalamazoo State: Michigan  Zip:  49007